UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-HC-2070

| | |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | ORDER |
| ) | |
| GARY LANGE, ) | |
| Reg. No. 02885-025, ) | |
| ) | |
| Respondent. ) | |

This matter is before the court on two *pro se* motions filed by respondent: (1) a 27 January 2010 motion for preliminary order and (2) a 16 June 2010 motion for reconsideration. Because respondent is represented by counsel, the motions are DENIED WITHOUT PREJUDICE, subject to being refiled by counsel upon full briefing as necessary. With regard to the motion for reconsideration, asking "this Court to reconsider its own ruling in U.S. v. Comstock, 507 F. Supp. 2d 522 (2007), as pertains to 18 U.S.C.S. § 4248 being a criminal, rather than a civil, law," (6/16/10 Mot. at 1), the court notes that the issue is currently being litigated at the Fourth Circuit.

This 17 June 2010.

_____
W. Earl Britt
Senior U.S. District Judge

usa/gl/tec